IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THELMA J. WILLIAMS**                                                       **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:05cv281LG-JMR**

**JO ANNE BARNHART,**                                         **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of Chief United States Magistrate Judge John Roper [15-1] entered in this cause on August 24, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment filed December 30, 2005, [8-1] should be and is hereby **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commissioner's decision is hereby affirmed that the above captioned cause should be, and is hereby, dismissed.

**SO ORDERED AND ADJUDGED** this the 18th day of September, 2006.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE